IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BARRY GENE KIDD, #212543, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:04-cv-1222-MEF |
| ) | WO |
| NURSE MARYWEATHER, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #40) to the Recommendation of the Magistrate Judge filed on July 6, 2007 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #37) entered on June 8, 2007 is adopted;

3. The motion for summary judgment filed by the defendants is GRANTED.

4. Judgment is GRANTED in favor of the defendants and this case is DISMISSED with prejudice.

5. The costs of this proceeding are taxed against the plaintiff.

DONE this the 30th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE