IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BARRY GENE KIDD, #212543, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.  2:04-cv-1222-MEF |
| ) | WO |
| NURSE MARYWEATHER, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff, that this action is dismissed with prejudice, and costs are taxed against the plaintiff.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 30th of July, 2007.

                                 /s/ Mark E. Fuller
                                 CHIEF UNITED STATES DISTRICT JUDGE